1038 ■■■■■■■■

[No. 39202-0-II. Division Two. August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD L. STONE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00143-4, Richard L. Brosey, J., entered April 23, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39611-4-II. Division Two. August 17, 2010.]

ROGER A. LEE ET AL., *Appellants*, v. JON PARKER, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-2-00698-5, F. Mark McCauley, J., entered July 27, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39755-2-II. Division Two. August 17, 2010.]

CHARLES E. WEAVER ET AL., *Appellants*, v. RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-02001-3, James E. Warme, J., entered July 20, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 40038-3-II. Division Two. August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB WARREN HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01653-4, Roger A. Bennett, J., entered November 24, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Van Deren, JJ.